**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nurses in Partnership, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 35-2182319 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>22144 Clarendon Street, Suite 100<br>Woodland Hills, CA<br>ZIPCODE 91367 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Nurses in Partnership, Inc. |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location <br> Where Filed:   NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location <br> Where Filed:   N.A.</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:   NONE</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____ <br>     Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32711-301X-07110 - Acrobat PDFWriter

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Nurses in Partnership, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

_____
 (Printed Name of Foreign Representative)

_____
 (Date)

### Signature of Attorney*

X  /s/ Lewis R. Landau
 _____
 Signature of Attorney for Debtor(s)

 **LEWIS R. LANDAU 143391**
 Printed Name of Attorney for Debtor(s)

 _____
 Firm Name

 23564 Calabasas Road, Suite 104
 Address

 Calabasas, CA 91302
 _____

 (888)822-4340   Lew@Landaunet.com
 Telephone Number          e-mail

 1/6/11
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Ephraim Barsam
 _____
 Signature of Authorized Individual

 **EPHRAIM BARSAM**
 Printed Name of Authorized Individual

 Chief Executive Officer
 Title of Authorized Individual

 1/6/11
 Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 32711-301X-07110 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Nurses in Partnership, Inc.                              ,

                                   Debtor

Case No.  _____

Chapter       11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief. *See attached list.*

Date   1/6/11

Signature        /s/ Ephraim Barsam

                   EPHRAIM BARSAM,
                   Chief Executive Officer

## Nurses In Partnership, Inc
## Vendor Contact List
### January 5, 2011

| | Vendor | Address | Amount Owed |
|---|---|---|---|
| 1 | IRS | 6230 Van Nuys Blvd, Los Angeles, CA 91401 | 627,951.52 |
| 2 | Deferred Purchase Price TGI | 1101N Argonne Rd #203, Spokane Valley WA, 99212 | 373,256.78 |
| 3 | Mitchell, Silberberg & Knupp | 11377 West Olympic Blvd. Los Angeles, CA 90064 | 349,511.16 |
| 4 | EDD | 745 Franklin St, #400, San Francisco, CA 94102 | 285,023.00 |
| 5 | Google Inc | Department No 33654 P O Box 39000 San Francisco,CA 94139 | 183,550.00 |
| 6 | Veatch Carslon | Los Angeles Office 700 South Flower 22nd Floor Los Angeles, CA 90017 | 82,492.18 |
| 7 | MEF Realty LLC | Canwood Department 9975 Los Angeles, CA 90084-9975 | 59,000.00 |
| 8 | Anthem/Blue Cross | Department 5812 Los Angeles, CA 90074-5812 | 53,195.97 |
| 9 | Accountemps | File 73484 PO Box 60000 San Francisco CA 94160 | 37,498.14 |
| 10 | Perquest, INC | 1333 Broadway Suite 1015 Oakland, CA 94612 | 28,253.67 |
| 11 | Dubois Bryant & Campbell | 700 Lavaca Suite 1300 Austin,Tx 78701 | 27,213.50 |
| 12 | Professional Nurses Group Inc | 11432 South Street # 389 Cerritos, CA   90703 | 25,026.00 |
| 13 | All connected | 4514 Ish Drive Simi Valley, CA 93063 | 23,473.98 |
| 14 | Butzel Long | 150 West Jefferson Avenue Suite 100 Detroit, MI 48226-4430 | 23,205.21 |
| 15 | Marilin Leasing Corp | 300 Fellowship Road Mt. Laurel, NJ 08054 AttN: Susan Traino | 18,555.92 |
| 16 | City of Los Angeles | Office of Finance PO Box 53200 Los Angeles CA 90053-0200 | 15,773.32 |
| 17 | Cit Technology/ Konica Minolta | PO Box 100706 Pasadena, CA  91189-0706  Acct # 910-0085524-000 | 15,193.80 |
| 18 | Imperial Credit Coporation | Department 7615 Los Angeles CA 90084 | 13,535.82 |
| 19 | Dept of Industrial Relations (Case#0138828 MG) | 5555 California Ave, Ste 200, Bakersfield, CA 93309 | 13,430.70 |
| 20 | Yahoo! Search Marketing | P.O.Box 89-4147 Los Angeles, CA 90189-4147 | 9,212.34 |

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Nurses in Partnership, Inc. _____ ,

                                 Debtor

Case No. _____

Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

     I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 16

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6).  I assume all responsibility for errors and omissions.

Date   1/6/11 _____

Signature   /s/ Ephraim Barsam _____

EPHRAIM BARSAM,
Chief Executive Officer

Lewis R. Landau
23564 Calabasas
Road, Suite 104
Calabasas, CA 91302
(888)822-4340
(888)822-4340

Nurses in Partnership, Inc.
22144 Clarendon Street, Suite 100
Woodland Hills, CA  91367


Lewis R. Landau
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Mitchell, Silberberg & Knupp
11377  West Olympic Blvd.
Los Angeles, CA 90064


Google Inc
 Department No 33654 P O Box
39000
San Francisco,CA 94139


Veatch Carlson Los Angeles
Office
700 South Flower 22nd Floor
Los Angeles, CA 90017


MEF Realty LLC
Canwood Department 9975
Los Angeles, CA  90084-9975


Anthem/Blue Cross
Department 5812
Los Angeles, CA  90074-5812


Accountemps File 73484
PO Box 60000
San Francisco CA 94160


Perquest, INC
1333 Broadway Suite 1015
Oakland, CA  94612


Dubois Bryant & Campbell LLP
700 Lavaca Suite 1300
Austin,Tx 78701

Professional Nurses Group Inc
11432 South Street # 389
Cerritos,  CA   90703


All Connected
4514 Ish Drive
Simi Valley, CA 93063

Butzel Long
Attn: Accounts Receivable
150 West Jefferson Avenue
Suite 100
Detroit, MI 48226-4430


ABSO
PO Box 3175
Carol Stream, IL  60132-3175


ADT Security Service Inc.
PO Box 371967
Pittsburgh, PA  15250-7967


Arrowhead Water
PO Box 856158
Louisville, KY 40285-6158


Art Limousine
11842 W. Jefferson Blvd
Culver City, CA  90232

AT&T
Payment Center
Sacramento, CA  95887-0001

Automated Business Designs
Columbia Centre II
9450 W. Bryn Mawr Ave.
#120
Rosemont, IL 60018

Avalon Woodland Hills
20544 Ventura Blvd
Woodland Hills, CA  91367

Barbara Morizot-Leite
5138 SW 157th Street
Miramar, FL  33027

BWC State Insurance Fund
Corporate Processing Dept
Columbus, OH 43271-0821

CALIFORNIA CHAMBER OF COMMERCE
P.O. BOX 526020
SACRAMENTO, CA 95852-6020CIT

Cit Technology Fin Serv, Inc.
PO Box 100706
Pasadena, CA  91189-0706

City and County of Denver
Department of Finance , Treasury Division
PO Box 660859
Dallas, TX 75266-0859

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles CA 90053-0200


State of Colorado
Department of Revenue
Denver CO  80261-0004


Occupational Health Centers
of the Southwest PA
1818 E Sky Harbor Circle
Phoenix AZ  85034-3407

Conejo Courier & Cartage
1200 Lawrence Dr.
Suite 200
Newbury Park, CA 91320


Commercial Collection Consultants
Cort National Billing
Attn: Phil Carnes CCC
2305 Ridge Road
Suite 201
Rockwall ,TX  75087


Crystal & Kentwood Springs
PO Box 660579
Dallas, TX  75266-0579


Custom Furniture Rental

273 S. Martin Luther King Blvd
PO Box 270037
Las Vegas, NBV  89127-0037

Directv
PO Box 60036
Los Angeles CA  90060-0036

Damon Morey LLP
Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, NY  14202-2150

Duke,Holzman, Photiadis & Gresens LLP
1800 Main Place Tower
350 Main Street
Buffalo NY 14202-3718

Equizitive
5984 S Prince Street
Suite 200
Littleton, CO  80120

Express Furniture
2448 Foundry Park Avenue
Fresno, CA 93706

Furniture Options,
1336 E. Dougles
Wichita KS  67214

Furniture Services
2971 West Montague Ave
Charleston SC 29418

Golden State Copier & Mailing
Golden State Systems
671 Via Alondra St. 809
Camarillo, CA 93012


Google Inc
Department No 33654
P O Box 39000
San Francisco,CA 94139


GreatAmerica Leasing Corp
PO Box 6600831
Dallas, TX  75266-0831


HMSA
PO Box 29330
Honolulu, HA  96820-1730


Hurwitz & Fine
1300 Liberty Building
Buffalo NY 14202


Imperial Credit Corporation
Department 7615
Los Angeles
CA 90084


Internal Revenue Service
Ira Katz Attorney
9401 Wiltshire Blvd
Beverly Hills CA 90212

John Fitzgerald
Dept of Industrial Relations,
5555 California Ave, Ste 200
Bakersfield  CA 93309
Konica Minolta Business Solutions USA Inc
Dept LA  22988
Pasadena, CA 91185-2988


LA Department of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808


Lincoln National Life Insurance Company
8430 W Brynmawr
3 FL Lock Box
Chicago, IL  60631


Louisiana Department of Revenue
PO Box 1231
Baton Rough, LA  70821-1231


Marlin Leasing Corp
Attn: Susan Traino
300 Fellowship Road
Mt. Laurel, NJ  08054


Minol, L.P.
PO Box 650320
DALLAS TX 75265-0320


Norco Delivery Services
PO Box 4836
Anaheim, CA  92803-4836

Ohio Attorney General
PO Box 89471
Cleveland OH 44101-6471

Orthopaedic Center of South Florida
600 South Pine Island Road, Ste 300
Plantation, FL 33324

PG & E
Box 997300
Sacramento, CA 95899-7300

Paracorp Inc DBA Parasec
PO Box 160568
Sacramento, CA 95816-0568

Peak Furniture
2438 East Platte
Colorado Springs, Co 80909

Perquest, INC
1333 Broadway
Suite 1015
Oakland, CA  94612

Professional Nurses Group Inc
11432 South Street # 389
Cerritos,  CA   90703

Quest Diagnostics
PO Box 740709
Atlanta, Ga 30374-0709

RASI
Registered Agent solutions, Inc
515 Congress Avenue
Suite 2300
Austin, TX  78701

Santee Cooper
PO Box 188
Moncks Corner, SC  29461-0188

Jessie White Secretary of State
Department of Business Services
501 S. 2nd Street
Springfield, IL   62756-5510

SEYFARTH SHAW, LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL  60603-5577

Southern Furniture Leasing
P.O. Box 2497
Tallahassee, FL  32316-2497

Staple Business Advantage
Dept DAL
PO Box 83689
Chicago IL  60696-3689

Staples Credit Plan
Dept. 82-00070898996270
PO Box 689020
Des Moines, IA 50368-9020

Sunlife Insurance
PO Box 7247-0381
Philadelphia, PA  19170-0381

T-Mobile
PO Box 51843
Los Angeles, CA  90051-6143

TECO
P.O. Box 31318
Tampa, Fl  33631-3018

TelePacific Communications
PO Box 526015
Sacramento, CA  95852-6015

The Hartford
Po Box 2907
Hartford, CT  6104-2907

Travelers
CL  Remittance Center
Hartford, CT 06183-008

US Health Works
PO Box 50046
Los Angeles, CA  90074

Verizon
PO box 920041
Dallas, TX  75392-0041

Versailles Apartment -Equity

23100 Avenue San Luis
Woodland Hills, CA  91364


VSP Insurance
Vision Service Plan -(CA)
Po Box 45210
San Franciso, CA  94145-5210


Westar Energy
PO box 758500
Topeka, KS  66675-8500


Yahoo! Search Marketing
P.O.Box 89-4147
Los Angeles, CA 90189-4147


YCST&T SERVICES LLC
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wiilmington, Delaware 19899-0391


Xcel Energy
PO Box 9477
MPLS, MN 55484-9477

State of California
Employment Development Department
745 Franklin St, #400,
San Francisco, CA 94102


Tech Group Inc
Attn: Royce Drye
22144 Clarendon Street, Suite 100

Woodland Hills, CA  91367


David McGreavy
3050 Penney Drive
Simi Valley, CA 93063


Ewa Markowicz-Barsam
2002 Markowicz family BP Trust
23344 Berdon St,
Woodland Hills, CA 91367


2002 Markowicz Descendent Trust
23344 Berdon St,
Woodland Hills, CA 91367


Enhanced Colorado Issuer LLC
Collateral Agent for:
Enhanced Colorado Issuer
601 Lexington Ave, 55th Floor,
New York, NY 10022


Enhanced Colorado Issuer LLC
Collateral Agent for:
Pondfield Holdings LP
601 Lexington Ave, 55th Floor,
New York, NY 10022


Enhanced Colorado Issuer LLC
Collateral Agent for:
ME Investment Fund LLC
601 Lexington Ave, 55th Floor,

New York, NY 10022

Enhanced Colorado Issuer LLC
Collateral Agent for:
John Kaiden
601 Lexington Ave, 55th Floor,
New York, NY 10022

Enhanced Colorado Issuer LLC
Collateral Agent for:
Andrew M. Paul
601 Lexington Ave, 55th Floor,
New York, NY 10022

Enhanced Colorado Issuer LLC
Collateral Agent for:
Ephraim Barsam
601 Lexington Ave, 55th Floor,
New York, NY 10022

Enhanced Colorado Issuer LLC
Collateral Agent
601 Lexington Ave, 55th Floor,
New York, NY 10022

Enhanced Colorado Issuer LLC
Collateral Agent for:
David McGreavy
601 Lexington Ave, 55th Floor,
New York, NY 10022

Andy Paul
601 Lexington Ave, 55th Floor,
New York, NY 10022

Enhanced Capital Partners
601 Lexington Ave, 55th Floor,
New York, NY 10022
Attn: Michael Korengold


Mrs Ewa Barsam
23344 Berdon street
Woodland Hills, CA 91367


Mr Ephraim Barsam
23344 Berdon street
Woodland Hills, CA 91367


LKP Global Law
Attn: Victor FU
1901 Avenue of the Stars, Suite 480
Los Angeles, CA 90067

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


California Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California State Board of Equalization
Special Procedures Section, MIC 55
PO Box 942879
Sacramento, CA 94279-0055


Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Mark J Saladino
Los Angeles County Tax Collector
225 North Hill St  Rm 160
Los Angeles, CA 90012