1   **Lewis R. Landau** (CA Bar No. 143391)
    **Attorney-at-Law**
2   23564 Calabasas Road, Suite 104
    Calabasas, California 91302
3   Voice and Fax: (888) 822-4340

4   [Proposed] Attorney for Debtor and
    Debtor in Possession
5

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

                     **SAN FERNANDO VALLEY DIVISION**
9

10  In re                                    Case No.: 1:11-bk-10200 MT

11  Nurses in Partnership, Inc.              Chapter 11

12                  Debtor.                  **DECLARATION OF LEWIS R. LANDAU IN
                                             SUPPORT OF FIRST DAY MOTIONS**
13

14
                                             Date:       January 13, 2011
15                                           Time:       9:00 a.m.
                                             Place:      Courtroom 302; Judge Tighe
16                                                       United States Bankruptcy Court
                                                         21041 Burbank Blvd.; 3rd Floor
17                                                       Woodland Hills, California  91367

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF LEWIS R. LANDAU**

I, Lewis R. Landau, do hereby declare:

1.    I am the proposed general bankruptcy counsel to Nurses in Partnership, Inc. ("Debtor") in chapter 11 case number 1:11-bk-10200 MT.  The Debtor filed its voluntary chapter 11 petition on January 6, 2011 and continues to manage and operate the estate as a Debtor in Possession.

2.    Attached to my declaration as Exhibit 1 is a true and correct copy of Uniform Commercial Code search results I obtained from California Lenders and Attorney Service in the ordinary course of business concerning a search of Nurses in Partnership, Inc. in the Delaware Secretary of State records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of January, 2011 at Los Angeles, California.


*/s/ Lewis R. Landau*
Lewis R. Landau

# EXHIBIT 1

Report Date: Dec. 15, 2010

ASK US ABOUT UCC eZFILE℠
800.952.5696



## CLAS INFORMATION SERVICES
2020 Hurley Way, Suite 350, Sacramento, CA 95825
Local: 916/564-7800 Fax: 916/564-7900 Toll Free: 800/952-5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs |
| **Jurisdiction/Filing Office :** | State of Delaware, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Dec. 1, 2010 |
| **Subject Search Name :** | NURSES IN PARTNERSHIP, INC. |
| **Search Key Entered :** | NURS*PARTNER |

## Results

A search using a combination of third party data and state direct data from the Delaware Secretary of State shows no active UCC's or Federal Tax Liens of record other than those listed below. Since we cannot independently verify the accuracy of public information maintained by the responsible agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions. **Certification can only be obtained through the office of the Delaware Secretary of State.**

### 1. UCC-1 Financing Statement

|  | |  |  |
|---|---|---|---|
| **Document No. :** | 3160759 0 | **Lapses:** 6/24/2013 |
| **Filed :** | 6/24/2003 | |
| **Debtor :** | NURSES IN PARTNERSHIP, INC.<br>28118 AGOURA ROAD, SUITE 100<br>AGOURA   CA  91301 | |
| **Debtor :** | NURSES IN PARTNERSHIP, INC.<br>29219 CANWOOD ST, SUITE 220<br>AGOURA HILLS   CA  91301 | |
| **Debtor :** | NURSES IN PARTNERSHIP, INC.<br>340 N. WESTLAKE BLVD SUITE 230<br>WESTLAKE   CA  91362 | |
| **Secured Party:** | CAPITAL BUSINESS CREDIT (CALIFORNIA) LLC<br>700 S FLOWER STREET SUITE 2001<br>LOS ANGELES  CA  90017 | |
| **Secured Party:** | CAPITAL TEMPFUNDS, INC.<br>ONE BRIXHAM GREEN 15800 JOHN J. DELANEY DRIVE<br>CHARLOTTE   NC  28277 | |
| **Secured Party:** | CFH ACQUISITION LLC<br>1799 OAKLAND PARK BOULEVARD<br>OAKLAND PARK  FL  33311 | |
| **Amendment Type :**<br>**File No. :**<br>**Filed :** | amendment<br>4004679 9<br>1/8/2004 | |
| **Amendment Type :**<br>**File No. :**<br>**Filed :** | assignment<br>5137671 5<br>5/4/2005 | |
| **Amendment Type :**<br>**File No. :**<br>**Filed :** | assignment<br>2007 2921426<br>8/1/2007 | |
| **Amendment Type :**<br>**File No. :**<br>**Filed :** | continuation<br>2008 1774221<br>5/22/2008 | |
| **Amendment Type :**<br>**File No. :** | amendment<br>2009 1531042 | |

**Filed :** 5/14/2009

**Amendment Type :** termination
**File No. :** 2009 3307961
**Filed :** 10/14/2009

## 2. UCC-1 Financing Statement

**Document No. :** 2007 2286648                **Lapses:** 6/5/2012

**Filed :** 6/5/2007

**Debtor :** NURSES IN PARTNERSHIP, INC.
28118 AGOURA RD STE 100
AGOURA HILLS   CA  91301

**Secured Party:** CIT TECHNOLOGY FINANCING SERVICES, INC.
10201 CENTURION PARKWAY NORTH, SUITE 100
JACKSONVILLE  FL  32256

**Secured Party:** DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE   PA  19087

**Amendment Type :** assignment
**File No. :** 2008 2235008
**Filed :** 6/23/2008

## 3. UCC-1 Financing Statement

**Document No. :** 2008 0055713                **Lapses:** 1/4/2013

**Filed :** 1/4/2008

**Debtor :** NURSES IN PARTNERSHIP, INC.
29219 CANWOOD STREET
AGOURA HILLS   CA  91301

**Secured Party:** ENHANCED COLORADO ISSUER, LLC, AS COLLATERAL AGENT
6501 S. FIDDLER'S GREEN CIRCLE, SUITE 300
ENGLEWOOD   CO  80111

## 4. UCC-1 Financing Statement

**Document No. :** 2008 2834586                **Lapses:** 8/20/2013

**Filed :** 8/20/2008

**Debtor :** NURSES IN PARTNERSHIP, INC.
28118 AGOURA RD STE 100
AGOURA HILLS   CA  91301

**Secured Party:** MARLIN LEASING CORP
300 FELLOWSHIP RD
MT LAUREL  NJ  08054

## 5. UCC-1 Financing Statement

**Document No. :** 2009 3205405                **Lapses:** 10/6/2014

**Filed :** 10/6/2009

**Debtor :** NURSES IN PARTNERSHIP, INC.
29219 CANWOOD STREET, SUITE 220
AGOURA HILLS   CA  91301

**Secured Party:** CRESTMARK BANK
5480 CORPORATE DRIVE SUITE 350
TROY  MI  48098

* indicates that information was added, edited or modified from the preliminary online search report previously provided.

Filings appearing on the preliminary online search report may have been removed from the final version of the search report if during our research it was discovered that the information was erroneous, or the state data does not contain a record of the filing. Please contact your account representative if you should have any questions.

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

---------- END OF REPORT ----------

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
ChoicePoint1                                    (770) 369-8677

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ChoicePoint1

2885 RUTH LUFFMAN
Suite 200
Duluth, GA  30096

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 12:00 PM 06/24/2003*
*INITIAL FILING NUM: 3160759 0*
*AMENDMENT   NUMBER: 0000000*
*SRV: 030415848*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** NURSES IN PARTNERSHIP, INC. | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS 340 N. WESTLAKE BLVD SUITE 230 | CITY WESTLAKE | STATE CA | POSTAL CODE 91362 | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS 35-2182319 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION DE | 1g. ORGANIZATIONAL ID #, if any C2469066   ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any   ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** Capital Tempfunds, Inc. | | | |
| | **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS One Brixham Green 15800 John J. Delaney Drive | CITY Charlotte | STATE NC | POSTAL CODE 28277 | COUNTRY USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ASSETS, ACCOUNTS RECEIVABLES, EQUIPMENT, CHATTEL PAPER, INVENTORY, GENERAL INTANGIBLES, NEGOTIABLE
COLLATERAL, BORROWER'S BOOKS AND OTHER COLLATERAL AS DESCRIBED IN EXHIBIT "A" ATTACHED HERETO.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

**FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)**        2003NC0000007192-001-001-001

DE - Secretary of State

**EXHIBIT "A"**
**TO**
**FINANCING STATEMENT**

| | |
|---|---|
| **DEBTOR:** | **SECURED PARTY:** |
| NURSES IN PARTNERSHIP, INC. | CAPITAL TEMPFUNDS, INC. |
| 340 N. WESTLAKE BLVD, SUITE 230 | ONE BRIXHAM GREEN |
| WESTLAKE, CA 91362 | 15800 JOHN J. DELANEY DRIVE |
| | SUITE 300 |
| | CHARLOTTE, NC 28277 |

This Financing Statement covers all assets of the Debtor, now existing and hereafter arising, including, without limitation, the following types (or items) of property:

(a)    All of Debtor's presently existing or hereafter arising, now owned or hereafter acquired, including all additions, replacements, accessions, substitutions, increases, profits, income, distributions, and proceeds thereof, (i) Accounts, accounts receivable, contract rights, chattel paper (including electronic chattel paper), documents, instruments (including promissory notes), reserves, reserve accounts, commercial tort claims, rebates, refunds, and general intangibles (including tax refunds, payment intangibles and software) and all books and records relating to the Accounts and all proceeds of the foregoing property, including insurance proceeds, and any renewals, and extensions of the foregoing property and all proceeds thereof; (ii) all of Debtor's rights to receive payments from any source and for any reason (whether characterized as accounts, accounts receivable, chattel paper, choses-in action, contract rights, general intangibles, instruments, securities, notes or otherwise) including, without limitation, Debtor's right to receive payments for goods and other products sold or leased or for services rendered, whether or not earned by performance or recognized or billed by Debtor; (iii) all of Debtor's contract rights including, without limitation, Debtor's rights under distribution contracts, franchise agreements, license agreements, sales contracts, unfilled customer orders, and lease agreements; (iv) all of Debtor's cash, drafts, certificates of deposit and deposit accounts; (v) all of Debtor's assets, property and rights now or hereafter in the possession of Secured Party or its agents; (vi) all of Debtor's supporting obligations, investment property and letter of credit rights, as defined in the Code; and (vii) such other assets of the same class or classes as the foregoing hereafter owned or acquired by Debtor. "Accounts" means all accounts receivable due to Debtor, and other forms of obligations now or hereafter owing to Debtor, whether arising from the sale or lease of goods or the rendition of services by Debtor (including, without limitation, any obligation that might be characterized as an account, contract right, general intangible or chattel paper under the Code), all of Debtor's rights in, to and under all purchase orders now or hereafter received by Debtor for goods and services, all monies due or to become due to Debtor under all contracts for the sale or lease of goods or the rendition of services by Debtor (whether or not yet earned) (including, without limitation, the right to receive the proceeds of said purchase orders and contracts), and all collateral security and guarantees of any kind given by any obligor with respect to any of the foregoing.

(b)    All of Debtor's presently existing or hereafter arising, now owned or hereafter acquired, including all additions, replacements, accessions, substitutions, increases, profits, income, distributions, and proceeds thereof, inventory, wherever located, including

without limitation, raw materials, work in process, finished goods, materials and supplies, computer software, programs, stored data, repossessions, lists, trademarks, tradenames, tradestyles, tradedresses, licenses, licensing agreements, copyrights, patent rights and any other intangible property, deposits and credit balances relating thereto and all leasehold improvements, furniture, fixtures, machinery and equipment, and computer hardware along with all increases, substitutions, replacements, additions, accessions of Debtor relating thereto, wherever situated, now owned by Debtor or hereafter acquired, together with the proceeds of the aforementioned inventory.

(c)     The proceeds of any of the foregoing, including, but not limited to, proceeds of insurance covering the Collateral, money, deposit accounts or other tangible and intangible property resulting from the sale or other disposition of the Collateral, or any portion thereof or interest therein, and the proceeds thereof.

The term "Collateral" shall be defined to consist of all of the above.

The security interest described herein continues in all Collateral described in this Financing Statement (except goods sold as provided in Section 9-320, UCC), notwithstanding sale, exchange or other disposition thereof by Debtor; sale, exchange or other disposition of said Collateral is NOT otherwise authorized by Secured Party in the security agreement or otherwise.

All terms used herein and not otherwise defined herein are used as defined in the North Carolina Uniform Commercial Code (the "Code").

The Debtor acknowledges and agrees that, in applying the law of any jurisdiction that at any time enacts all or substantially all of the uniform provisions of revised Article 9 of the Uniform Commercial Code approved by the American Law Institute and the National Conference of Commissioners on Uniform State Laws and contained in the 1999 Official Text of the Uniform Commercial Code *("Revised Article 9")*, the foregoing collateral description covers all assets of the Debtor.

**NOTICE-PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS BY SUCH ENCUMBRANCER**

**IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

7707526000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CHOICEPOINT, INC.

1000 ALDERMAN DRIVE

ALPHARETTA GA 30005

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:12 PM 01/08/2004
INITIAL FILING NUM: 3160759 0
AMENDMENT   NUMBER: 4004679 9
SRV: 040013439

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 3160759 0 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. |  |  |  |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. | | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 28118 AGOURA ROAD, SUITE 100 | AGOURA | CA | 91301 | |

| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | CORPORATION | DE | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
    Capital Tempfunds, Inc.

10. OPTIONAL FILER REFERENCE DATA

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

3027341450

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

NATIONAL CORPORATE RESEARCH, LTD.

615 SOUTH DUPONT HIGHWAY

DOVER DE 19901

---

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 04:45 PM 05/04/2005*
*INITIAL FILING NUM: 3160759 0*
*AMENDMENT   NUMBER: 5137671 5*
*SRV: 050363393*

---

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☐ |
|---|---|
| 3160759 0 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | CAPITAL TEMPFUNDS, INC. | | | |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | CFH ACQUISITION LLC | | | |
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1799 OAKLAND PARK BOULEVARD | OAKLAND PARK | FL | 33311 | US |

| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

Capital TempFunds, Inc.

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

7707526000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CHOICEPOINT, INC.

1000 ALDERMAN DRIVE

MAILDROP 71-P

ALPHARETTA GA 30005

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:33 PM 08/01/2007
INITIAL FILING # 3160759 0
AMENDMENT     # 2007 2921426
SRV: 070880946

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 3160759 0 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7q (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CFB ACQUISITION LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CAPITAL BUSINESS CREDIT (CALIFORNIA) LLC | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 S FLOWER STREET SUITE 2001 | LOS ANGELES | CA | 90017 | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION |
|---|---|
| | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description. or describe collateral ☒ assigned.

**This form has been amended for full assignment of collateral.**

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

CFB ACQUISITION LLC

10. OPTIONAL FILER REFERENCE DATA

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

7707526000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    CHOICEPOINT, INC.

    1000 ALDERMAN DRIVE

    MAILDROP 71-P

    ALPHARETTA GA 30005

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 04:15 PM 05/22/2008
INITIAL FILING # 3160759 0
AMENDMENT     # 2008 1774221
SRV: 080591518

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 3160759 0 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

    CAPITAL BUSINESS CREDIT (CALIFORNIA) LLC

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

7707526000

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CHOICEPOINT, INC.

1000 ALDERMAN DRIVE

MAILDROP 71-P

ALPHARETTA GA 30005

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 12:31 PM 05/14/2009
INITIAL FILING # 3160759 0
AMENDMENT      # 2009 1531042
SRV: 090472314

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS. |
|---|---|
| 3160759 0 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  |  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. | | | |

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. | | | |

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 29219 CANWOOD STREET, SUITE 220 | AGOURA HILLS | CA | 91301 | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|
| CORPORATION | DE | |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description. or describe collateral ☐ assigned.

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT**
CAPITAL BUSINESS CREDIT (CALIFORNIA) LLC

10. OPTIONAL FILER REFERENCE DATA

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Patty Saliga                          2482671601

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CRESTMARK BANK

5480 CORPORATE DRIVE

SUITE 350

TROY MI 48085-4875

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 04:42 PM 10/14/2009*
*INITIAL FILING # 3160759 0*
*AMENDMENT        # 2009 3307961*
*SRV: 090935754*

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 3160759 0 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | |
|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT
Capital Business Credit (California) LLC

10. OPTIONAL FILER REFERENCE DATA
NIP

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Diligenz, Inc.    1-800-858-5294

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

26768668
Prepared By:
Diligenz, Inc.
6500 Harbour Heights Pkwy, Suite 400
Mukilteo, WA 98275

Filed In: Delaware   (S.O.S.)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:53 PM 06/05/2007*
*INITIAL FILING # 2007 2286648*

*SRV: 070673920*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** | |
| NURSES IN PARTNERSHIP, INC. | |

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 28118 AGOURA RD  STE 100 | AGOURA HILLS | CA | 91301 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **1e. TYPE OF ORGANIZATION** | **1f. JURISDICTION OF ORGANIZATION** | **1g. ORGANIZATIONAL ID #, if any** | |
|---|---|---|---|---|---|
| | | Corporation | DE | 3571324 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |
| | |

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **2d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any** | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | |

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
SEE ATTACHED SCHEDULE A INCLUDING ALL COMPONENTS, ADDITIONS, UPGRADES, ATTACHMENTS, ACCESSIONS, SUBSTITUTIONS, REPLACEMENT AND PROCEEDS OF THE FOREGOING.

| **5. ALTERNATIVE DESIGNATION (if applicable):** | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| **6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | | | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
24817985MBS008801

26768668

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**allconnected**
Network Solutions/Systems Integration

4514 Ish Drive
Simi Valley, CA 93063
Web: www.allconnected.com
Phone: 805.526.1455
Fax: 805.526.0717

**INVOICE**

**SCHEDULE "A"**

| DATE | INVOICE # |
|---|---|
| 4/13/2007 | 30277 |

24817985

BILL TO:

Nurses in Partnership Inc
28118 Agoura Road, Suite 100
Agoura Hills, CA. 91301
Attention: David McCreavy

SHIP TO:

Nurses in Partnership Inc
28118 Agoura Road, Suite 100
Agoura Hills, CA. 91301
Attention: David McCreavy

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | CAM | 4/13/2007 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 2 | IBM | THINKCENTRE M55E SFF PD 945 3.40 4GB 160GB COMBO WVB | 1,101.71 | 2,203.42 |
| 3 | Hardware | 24IN LCD 1000:1 1920X1200 BLACK VGA DVI 6MS 2HT 4 WAYSTAND | 781.51 | 2,345.53 |
| 3 | Crucial | 2GB KIT 2X1GB DDR2 PC2-5300 667MHZ 240PIN DIMM UNBUFF CL5 1.8V | 169.08 | 507.24 |
| 3 | HP | 72GB U320 SCSI-10K RPM HOT PLUG UNIVERSAL HARD DRIVE | 362.30 | 1,086.90 |
| 10 | IBM | 19IN LCD 700:1 1280X1024 7.6/30HZ H1191 BLACK VGA | 298.81 | 2,988.10 |
| 5 | IBM | THINKCENTRE A55 TWR P4 631 3.00 | 689.47 | 3,447.35 |
| 1 | IBM | THINKPAD T60 EXP T5500 512MGB 80GB GCN CDO 15.4 WXGA BFP XPP | 1,293.96 | 1,293.96 |
| 1 | Crucial | 1GB 200PIN SODIMM DDR2 PC2-5300 CL5 UNBUFFRE NON-ECC 1.8V/128X 64 | 90.05 | 90.05 |
| 8 | Microsoft | OEM 1PK OFFICE PRO 2007 W32 MLK KEB W/OUT MEDIA | 326.50 | 2,592.00 |
| 1 | Microsoft | OEM OPK MEDIA KFF OFFICE BASIC SB PRO 2007 W32 NOT A LICENSE | -6.80 | -6.80 |
| 1 | Consulting | Consulting/Services Hourly Block (50 Hours) | 5,750.00 | 5,750.00 |
| 1 | Consulting | supportConnect Network Care Program (Essentials-Setup) | 618.75 | 618.75 |
| 1 | Consulting | supportConnect Network Care Program (Essentials) | 331.25 | 331.25 |
| | | Los Angeles Sales Tax | 8.25% | 0.00 |

Thank you for your business!

| TOTAL | $25,136.07 |
|---|---|

9101

**SCHEDULE "A"**

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 10:30 AM 06/23/2008*
*INITIAL FILING # 2007 2286648*
*AMENDMENT      # 2008 2235008*
*SRV: 080725081*

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282      Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)    X00091 CIT GROUP SHA

UCC Direct Services          14770179
P.O. Box 29071
Glendale, CA 91209-9071        DEDE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

1a. INITIAL FINANCING STATEMENT FILE #
20072286648  05-JUN-2007  SS DE

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (FULL or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c. Check only one of these two boxes.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | FIRST NAME | MIDDLE NAME | SUFFIX |
| OR | 6b. INDIVIDUAL'S LAST NAME | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | CIT Technology Financing Services, Inc. | | | |
| | | FIRST NAME | MIDDLE NAME | SUFFIX |
| OR | 7b. INDIVIDUAL'S LAST NAME | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10201 Centurion Parkway North, Suite 100 | Jacksonville | FL | 32256 | |

7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | DE LAGE LANDEN FINANCIAL SERVICES, INC. | | | |
| | | FIRST NAME | MIDDLE NAME | SUFFIX |
| OR | 9b. INDIVIDUAL'S LAST NAME | | | |

10. OPTIONAL FILER REFERENCE DATA
14770179  Debtor Name: NURSES IN PARTNERSHIP, INC.    Project 06-08

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA 91209-9071 Tel (800) 331-3282

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)  (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    Damon & Morey LLP
    1000 Cathedral Place
    298 Main Street
    Buffalo, New York 14202
    Attention: Christian J. Henrich, Esq.

*DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:57 PM 01/04/2008
INITIAL FILING # 2008 0055713*

*SRV: 080013965*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Nurses In Partnership, Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 29219 Canwood Street | Agoura Hills | CA | 91301 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | corporation | Delaware | 3571324 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Enhanced Colorado Issuer, LLC, as collateral agent | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6501 S. Fiddler's Green Circle, Suite 300 | Greenwood Village | CO | 80111 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The following property of the Debtor, whether now owned or hereafter acquired: all Accounts; all Deposit Accounts; all Chattel Paper; all Contracts; all Documents; all Equipment; all Goods; all General Intangibles; all Instruments; all Inventory; all Investment Property; all Letter-of-Credit Rights; all Securities; all other goods and personal property of Debtor, whether tangible or intangible, including without limitation, all purchase accounts of Debtor, now owned or hereafter acquired by Debtor or in which Debtor now has or hereafter acquires any rights and wherever located; and to the extent not otherwise included, all Proceeds of each of the foregoing and all accessions to, substitutions and replacements for, and rents, profits and products of each of the foregoing and all books and records relating to each of the foregoing. THIS SECURITY INTEREST IS SUBJECT TO A SUBORDINATION AGREEMENT DATED JANUARY 3, 2008, BETWEEN CAPITAL TEMPFUNDS, A DIVISION OF CAPITAL BUSINESS CREDIT LLC AND THE SECURED PARTY.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6 ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    (if applicable) | | 7 Check to REQUEST SEARCH REPORT(S) on [ADDITIONAL FEE]    [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
#1186287

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

18

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

8008335778

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
UCC DIRECT SERVICES

2727 ALLEN PARKWAY

SUITE 1000

HOUSTON TX 77019
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 08:15 AM 08/20/2008*
*INITIAL FILING # 2008 2834586*

*SRV: 080885737*

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 28118 AGOURA RD STE 100 | AGOURA HILLS | CA | 91301 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | CORPORATION | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MARLIN LEASING CORP | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 300 FELLOWSHIP RD | MOUNT LAUREL | NJ | 08054 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

COMPUTER HARDWARE AND SOFTWARE INCLUDING: (1) SMART UPS 2200VA RM 2U 120V, (2) SMARTSLOT SNMP MANAGEMENT CARD, (1) ATS AUTOMATIC TRANSFER SWITCH, (1) 8 PORT 1-IP USER 1-LOCAL KVM, (6) DSR SERVER INTERFACE MODULE, (2) 20 PORT 10/100 ACCESS AND 4 PORT, (1) SONICWALL TZ 190 FIREWALL, (2) DL320 G5P 3210 2GB A1 SATA SVR, (2) 2GB DDR2 800MHZ ECC MODULE, (1) SQL SERVER STANDARD ED 2005, (1) CGSS FOR SONICWALL, (2) MEMORY UPGRADE FOR DELL POWEREDGE 2800 1GB MODULE FOR DELL PRECISION, (1) SMALLBIZ 2U RACK MOUNT, (1) IT ENVIRONMENTAL MONITOR MODEL EM1, (1) MODEL EM1 WETNESS PROBE, (4) 160GB ETY SATA 7.2K RPM HDD, (1) SSL-VPN 200, (2) SLIM 12.7MM DVD KIT, (1) METERED PDU 120V 15A 0U RM, (1) HP XW4600 WORKSTATION, (1) MS OFFICE 2007 PRO, (4) 1GB PC133 133MHZ SDRAM 168PIN, (3) 1GB KIT FOR HP PROLIANT DL380, (2) WINDOWS SERVER 2003 FOR SMALL BUSINESS SERVER, (10) SMART BUY 19IN LCD, AND ALL REPLACEMENTS, SUBSTITUTIONS, ACCESSIONS, ADD-ONS, AND ALL PROCEEDS AND ACCOUNTS OF THE DEBTOR ARISING OUT OF OR RELATED TO THE FOREGOING.  THIS FINANCING STATEMENT RELATES TO AN EQUIPMENT LEASE BETWEEN THE DEBTOR (AS LESSEE) AND THE SECURED PARTY (AS LESSOR).  THE LEASE IS A "TRUE LEASE", AND THIS FINANCING STATEMENT IS FILED TO GIVE NOTICE OF SECURED PARTY'S OWNERSHIP INTEREST IN THE COLLATERAL

---

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

DE-0-31515415-APP 725687   NLZ

**UCC FINANCING STATEMENT ADDENDUM** – COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |
| NURSES IN PARTNERSHIP, INC. | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

OR

This FINANCING STATEMENT covers the following collateral

AND ALSO AS A PRECAUTIONARY MEASURE IN THE EVENT THE LEASE IS DETERMINED TO BE OTHER THAN A TRUE LEASE."

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

Patty Saliqa      2482671601

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

> CRESTMARK BANK
>
> 5480 CORPORATE DRIVE
>
> SUITE 350
>
> TROY MI 480854875

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:48 PM 10/06/2009*
*INITIAL FILING # 2009 3205405*

*SRV: 090913863*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NURSES IN PARTNERSHIP, INC. | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 29219 CANWOOD STREET, SUITE 220 | AGOURA HILLS | CA | 91301 | |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | CORPORATION | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESTMARK BANK | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5480 CORPORATE DRIVE SUITE 350 | TROY | MI | 48098 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor now owned or hereafter acquired and wherever located.

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**