1  Scott E. Blakeley (State Bar No. 141418)
   E-Mail: seb@blakeleyllp.com
2  Johnny White (State Bar No. 269306)
   E-Mail: jwhite@blakeleyllp.com
3  BLAKELEY & BLAKELEY LLP
4  2 Park Plaza, Suite 400
   Irvine, California 92614
5  Telephone: (949) 260-0611
   Facsimile: (949) 260-0613
6
7  Counsel for Google Inc.

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11

12 | In re:                          | Case No.: 1:11-bk-10200 MT
13 | NURSES IN PARTNERSHIP, INC.,    | Chapter 11
14 |                        Debtor.  | **REQUEST FOR SPECIAL NOTICE**

22  **TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:**

23  **PLEASE TAKE NOTICE** that Blakeley & Blakeley LLP ("B&B"), counsel for Google Inc.,

24  requests special notice of all matters and copies of all pleadings pertaining to the above-referenced

25  bankruptcy proceeding.

26  / / /

27  / / /

28  / / /

---

**REQUEST FOR SPECIAL NOTICE**

1

1   B&B requests that for all notice purposes, the following address be used and that this address
2   be included on the master mailing matrix:

3   Scott E. Blakeley, Esq.
    Blakeley & Blakeley LLP
4   2 Park Plaza, Suite 400
    Irvine, CA 92614
5   Telephone: (949) 260-0611
    Facsimile: (949) 260-0613
6   E-Mail: seb@BlakeleyLLP.com

7
Dated: January 12, 2011
8
                                            By: /s/Scott E. Blakeley
9
                                              Scott E. Blakeley
10                                            Counsel for Google Inc.

---

**REQUEST FOR SPECIAL NOTICE**

2

| In re: Nurses in Partnership, Inc.   Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 1:11-bk-10200-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2 Park Plaza, Suite 400, Irvine, California  92614**

A true and correct copy of the foregoing document described **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 12, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

xx   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 12, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2011 | Ludmila Pires | /s/Ludmila Pires |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                     **F 9013-3.1**

**II.    SERVED BY U.S. MAIL**

**Debtor**
Nurses in Partnership, Inc.
22144 Claredon Street, Suite 100
Woodland Hills, CA 91367

**Debtor's Counsel**
Lewis R. Landau, Esq.
Lewis R. Landau Attorney at Law
23564 Calabasas Rd., Suite 104
Calabasas, CA 91302

**U.S. Trustee's Counsel**
Katherine Bunker, Esq.
U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367