1  **Lewis R. Landau** (CA Bar No. 143391)
   **Attorney-at-Law**
2  23564 Calabasas Road, Suite 104
   Calabasas, California 91302
3  Voice and Fax: (888) 822-4340
   Email: Lew@Landaunet.com
4
   [Proposed] Attorney for Debtor and
5  Debtor in Possession

> FILED & ENTERED
>
> JAN 13 2011
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY natan    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Nurses in Partnership, Inc.,<br><br>            Debtor.<br><br><br><br><br><br>Debtor's EIN: 35-2182319<br>Address:  22144 Clarendon Street, Suite 100<br>              Woodland Hills, CA  91367 | Case No.: 1:11-bk-10200 MT<br><br>Chapter 11<br><br>**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; PAYMENT OF PREPETITION PAYROLL AND LIMITING NOTICE OF ADMINISTRATIVE MATTERS; SETTING FINAL HEARING ON CERTAIN MATTERS**<br><br>Date:     January 13, 2011<br>Time:    9:00 a.m.<br>Place:   Courtroom 302; Judge Tighe<br>          United States Bankruptcy Court<br>          21041 Burbank Blvd.; 3rd Floor<br>          Woodland Hills, California  91367 |

      On January 13, 2011 at 9:00 a.m. the Court considered the first day motion filed by Nurses in Partnership, Inc. ("Debtor") for interim use of cash collateral, payment of prepetition payroll and liming notice of administrative matters [docket # 2].  The Court has separately entered an order regarding the Debtor's motion to approve Debtor in Possession ("DIP") financing.

      Having found good cause therefore, the Court **ORDERS** as follows:

      1.     The Debtor's motion for authority to pay prepetition payroll is granted for the non-insider employees set forth on Exhibit 3 to the motion. The court finds there would be immediate irreparable harm without payment of  prepetition payroll. Payment of insider prepetition payroll

1  will be heard in conjunction with the final hearing on use of cash collateral set below.

2.  The Debtor's motion to use cash collateral is granted. The Debtor may use cash collateral in accordance with the budget attached to the motion as Exhibit 1 through the date of the final hearing set below. As and for adequate protection of creditors having an interest in cash collateral and subject to the senior DIP financing approved in the separately entered order, all lienholders shall be granted a replacement lien of the same validity, priority and extent of their prepetition lien to the extent that such use of cash collateral results in a decrease in the value of such entity's interest in such property.

3.  The Debtor's motion to limit notice of administrative matters is granted. With the exceptions set forth below, service of notice of matters in this case shall be limited to the following parties: (a) the Office of the United States Trustee; (b) the parties listed on the "List of Creditors Holding 20 Largest Unsecured Claims" or, if appointed under Bankruptcy Code section 1102, to the official committee of unsecured creditors (the "Committee"), in lieu of the Debtor's twenty largest unsecured creditors or its counsel; (c) any party holding a security interest in the Debtor's assets (herein "Secured Creditors"); (d) any party against whom direct relief is sought by a motion, application or otherwise; and (e) all parties receiving Notices of Electronic Filing ("NEF") through the Court's Electronic Case Filing system. Notwithstanding the foregoing limitation, notice of the matters set forth below shall be served upon all creditors and equity interest holders:

  A. The notice of commencement of the case;
  B. Any first meeting of creditors;
  C. The hearing on any motion for the sale of substantially all of the assets of the Debtor's estate;
  D. Any bar date for the filing of proofs of claim;
  E. The time fixed for filing objections to, and the hearing to consider confirmation of, any chapter 11 plan in this case;
  F. The hearing on any motion for the dismissal of the case or for the conversion of the case to chapter 7 of the Bankruptcy Code; and
  G. The time fixed to accept or reject any proposed modification of a chapter 11 plan in this case (to the extent that the proposed modification requires notice to parties in interest affected thereby).

///

///

4. A final hearing regarding the Debtor's continued use of cash collateral, continued approval of DIP financing and payment of non-insider prepetition payroll is hereby scheduled for February 10, 2011 at 9:30 a.m. The Debtor shall serve a copy of this Order and notice of the final hearing on all parties in interest to the Debtor's case within two (2) business days of entry thereof. Any responsive papers shall be filed not later than fourteen (14) days prior to the final hearing and any reply not later than seven (7) days prior to the final hearing.

**IT IS SO ORDERED.**

###

DATED: January 13, 2011

_____
United States Bankruptcy Judge

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

A true and correct copy of the foregoing document described <u>ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; PAYMENT OF PREPETITION PAYROLL AND LIMITED NOTICE OF ADMINISTRATIVE MATTERS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  1/12/11  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed. To be distributed at 1/13/11 hearing to interested parties.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/12/11 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; PAYMENT OF PREPETITION PAYROLL AND LIMITED NOTICE OF ADMINISTRATIVE MATTERS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 1/12/11 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Bradley D Blakeley on behalf of Creditor Google Inc.
bblakeley@blakeleyllp.com
Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov
Lewis R Landau on behalf of Debtor Nurses in Partnership, Inc.
lew@landaunet.com
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page